THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAJIBA SEDDIQZAI,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>    Defendant. | Case No.:  2:20-CV-00487 JLR<br><br>**CASE SCHEDULE ORDER** |

Pursuant to the parties proposed Joint Case Schedule, the following Case Schedule is hereby approved:

| | |
|---|---|
| Discovery Motion Deadline: [1] | December 4, 2020 |
| Administrative Record Filing Deadline: | December 18, 2020 |
| Dispositive Motion Deadline: | January 15, 2021 |
| Response to Dispositive Motion Deadline: | February 12, 2021 |
| Reply to Response to Dispositive Motion Deadline: | February 26, 2021 |

DONE IN OPEN COURT this 13th day of October, 2020.

_____
HONORABLE JAMES L. ROBART

---

[1] Although it is Defendant's position that in this ERISA-governed action, discovery is limited to the production of the Administrative Record, including applicable plan documents, in the event Plaintiff issues discovery, it will consider Plaintiff's discovery requests. If after the parties confer regarding the scope of discovery and a discovery dispute still remains, Plaintiff will file an appropriate motion with the Court by December 4, 2020.

CASE SCHEDULE ORDER – 1
File Number 204630

NELSON LANGER ENGLE PLLC
12055 15th Avenue NE, Suite 100
Seattle, Washington 98125
T: 206.623.7520 F:  206.622.7068